McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEFTALI OMAR RIVAS-MENJIVAR,<br><br>Defendant. | CASE NO. 5:18-mj-00076-JLT<br><br>[~~PROPOSED~~] ORDER UNSEALING CASE |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed, except that the unredacted complaint and supporting affidavit (criminal docket item #2) shall remain sealed until further order of the Court.

THE COURT FURTHER ORDERS that the Government's Ex Parte Application for Order Keeping Sealed the Unredacted Complaint and Supporting Affidavit be sealed until further order of the Court.

IT IS SO ORDERED.

Dated: __November 20, 2018__       /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING CASE